
WEDDINGS·ANNIVERSARIES·CORPORATE FUNCTIONS
LIVE MUSIC FOR ALL OCCASIONS
SOLOISTS TO SWING TO AN 18 PIECE BIG BAND

**Exhibit A**

*"From a simply stylish Piano Solo to the Big Band sound of Glenn Miller... and everything in between."*

Any combination of vocalists and / or instrumentalists including but not limited to:

- Contemporary Wedding Band
- Swing (8 pieces)
- Big Band (13 - 19 pieces)
- Vocalist
- Trumpeter
- Brass Quintet
- Chamber Ensemble
- Harpist / Pianist
- Concert Band (23 - 28 pieces)
- Dixieland
- German Band
- Marching Band

Our musical library draws from hundreds of artists. Special arrangements can be made for nearly any song.

Request our song list.



A Proud Member of the Attleboro Area Chamber of Commerce

## *Our Sound is Our Success*

The Meadow-Larks Organization has been performing fine live music since 1966. Our sound is our success. We provide soloists, chamber music, small combos, concert bands, parade bands, and especially for ballroom dancing, we proudly feature our 18 piece swing band, resonating an authentic Big Band Sound.

Consider us for an unforgettable wedding, cocktail party, corporate function or festival.

Call us for ideas to make your fundraiser a success.

**Testimonial -**

*" My wedding was even more special thanks to the Meadow-Larks."*

Joan Dupre

**Testimonial -**

*" My guests danced the night away, everyone had a great time!"*

Linda Silva

**Testimonial -**

*" The Meadow-Larks turned our sales meeting into a memorable function. Now our team looks forward to our next assembly."*

Bob Hinton

***Music the way it should be... LIVE!***

Call Toll Free: **(866) 226-4693**

or Email Us on the Internet at: **dan@themeadowlarks.com**

Visit our website at: **themeadowlarks.com**

43 Pioneer Circle, Attleboro, MA 02703-6500

**Exhibit A**

**Page 2 of 4**



**Exhibit A**

**Page 3 of 4**


"Make your
special occasion
even more
memorable with
Live Music."
Telephone: 1.508.222.0463
Toll Free: 1.866.226.4693
Dan Ferreira
Bandleader
Email:
dan@themeadowlarks.com
The Meadow Larks

**Exhibit A**