**Exhibit B**

# CERTIFICATE OF REGISTRATION

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-197-948

UNITED STATES COPYRIGHT OFFICE * THE LIBRARY OF CONGRESS *

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

EFFECTIVE DATE OF REGISTRATION

MAR. 07 2003
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
The Meadow-Larks CD Holder

**NATURE OF THIS WORK ▼** See instructions
Two-Dimensional Graphic Art

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

## 2

**a** **NAME OF AUTHOR ▼**
Dianne Grzyb

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1966 Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ U.S.A
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous? ☒ Yes ☐ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☒ 2-Dimensional artwork ☐ Photograph ☒ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

## 3

**a** **Year in Which Creation of This Work Was Completed**
2001 ◀ Year
This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month ▶ August Day ▶ Year ▶ 2001
U.S.A. ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Daniel Ferreira d/b/a The Meadow-Larks
43 Pioneer Circle
Attleboro, MA 02703-6500

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Transfer of all rights by author.

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED
MAR 07 2003
ONE DEPOSIT RECEIVED
MAR 07 2003
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE Yes

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? **5**

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation. **6**

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼ a

See instructions before completing this space.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼ b

Arrangement, compilation, and coloration of photographs with additional art design, logo, text and text arrangement.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. **7**

**Name** ▼ **Account Number** ▼ a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼ b

Thomas R. Noel, Esq.
Counselor at Law, P.C., 50 South Main Street
Providence, RI 02903

Area code and daytime telephone number ▶ (401) 621.7744 Fax number ▶ (401) 621.5688

Email ▶ trn@lawnoel.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the **8**

check only one ▶
- ☐ author
- ☐ other copyright claimant
- ☐ owner of exclusive right(s)
- ☑ authorized agent of Daniel E. Ferreira d/b/a The Meadow-Larks

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Thomas R. Noel, Esq. Date ▶ 2/27/03

Handwritten signature (X) ▼

X T.R. Noel

**Certificate will be mailed in window envelope to this address:** **9**

Name ▼
Thomas R. Noel, Esq.

Number/Street/Apt ▼
Counselor at Law, P.C., 50 South Main Street

City/State/ZIP ▼
Providence, RI 02903

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form VA is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

WEB REV: June 1999

PRINTED ON RECYCLED PAPER

U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71


"Make your special occasion even more memorable with Live Music."
Telephone: 1.508.222.0463
Toll Free: 1.866.226.4693
Dan Ferreira
Bandleader
Email:
dan@themeadowlarks.com
www.themeadowlarks.com
The Big Band Sound
The Meadow Larks
The Meadow Larks
WEDDINGS ANNIVERSARIES CORPORATE FUNCTIONS
LIVE MUSIC FOR ALL OCCASIONS
SOLOISTS TO SWING TO AN 18 PIECE BIG BAND

*"From a simply stylish Piano Solo to the Big Band sound of Glenn Miller... and everything in between."*

Any combination of vocalists and/or instrumentalists including but not limited to:

- Contemporary Wedding Band
- Swing (8 pieces)
- Big Band (13 - 19 pieces)
- Vocalist
- Trumpeter
- Brass Quintet
- Chamber Ensemble
- Harpist / Pianist
- Concert Band (23 - 28 pieces)
- Dixieland
- German Band
- Marching Band

Our musical library draws from hundreds of artists. Special arrangements can be made for nearly any song.




A Proud Member of the Attleboro Area Chamber of Commerce

## Our Sound is Our Success

The Meadow-Larks Organization has been performing fine live music since 1966. Our sound is our success. We provide soloists, chamber music, small combos, concert bands, parade bands, and especially for ballroom dancing, we proudly feature our 18 piece swing band, resonating an authentic Big Band Sound.

Consider us for an unforgettable wedding, cocktail party, corporate function or festival.

Call us for ideas to make your fundraiser a success.

**Testimonial -**

*" My wedding was even more special thanks to the Meadow-Larks."*

Joan Dupre

**Testimonial -**

*" My guests danced the night away, everyone had a great time!"*

Linda Silva

**Testimonial -**

*" The Meadow-Larks turned our sales meeting into a memorable function. Now our team looks forward to our next assembly."*

Bob Hinton

***Music the way it should be... LIVE!***

Call Toll Free: **(866) 226-4693**

or Email Us on the Internet at: **dan@themeadowlarks.com**

Visit our website at: **themeadowlarks.com**

43 Pioneer Circle, Attleboro, MA 02703-6500