
The Night Life Orchestra
WEDDINGS·ANNIVERSARIES·CORPORATE FUNCTIONS
LIVE MUSIC FOR ALL OCCASIONS
SOLOISTS TO SWING TO AN 16 PIECE BIG BAND

**Exhibit C**

*"From a simply stylish Piano Solo to the Big Band sound of Glenn Miller… and everything in between."*

Any combination of vocalists and/or instrumentalists including but not limited to:

- Contemporary Wedding Band
- Swing (6 pieces)
- Big Band (12-16 pieces)
- Vocalist
- Trumpeter
- Bass Quintet
- Chamber Ensemble
- Harpist/Pianist
- Concert Band
- Dixieland
- German Band
- Marching Band

Our musical library draws from hundreds of artists.

All printing rights are reserved by: Night Life Entertainment



## *Our Sound is Our Success*

The Night Life Orchestra has been performing fine live music since 1988. Our sound is our success. We provide soloists, chamber music, small combos, concert bands, parade bands, and we proudly feature our 13 piece big band. Consider us when planning your wedding, cocktail party, corporate function or festival. Call us for ideas to make your fundraiser a success.

**Testimonial –**

*"Please express my deepest thank you to members of the orchestra for an outstanding performance. The reviews of the evening have been nothing short of great. That, in part, is due to the role the orchestra played in creating the elegant mood."*

Joan T. Segerson
Director of Development
Roger Williams Medical Center

**Testimonial –**

*"I can't imagine working with anyone as flexible, as understanding, as accommodating, and as soothing to the nervous host and hostess as you. We made so many special requests and you rose to each one as if it were nothing, all of which confirms the essential truth: hire the best! We did and we're very grateful to you all. The reviews have been spectacular and every one has singled out the Night Life Orchestra for special mention."*

Art Weekly and Sara Chadwick
Co-Chairs, Centennial Commodores' Ball
Newport Yacht Club

**Testimonial –**

*"You and your band members are true professionals and we all appreciate the consistently outstanding performances that you provide."*

Gail Alofsin
Newport Yachting Center

***Music the way it should be…LIVE!***

Call: **(401) 941-3700**

*Night Life Entertainment*
*P.O. Box 9677*
*Warwick, RI 02889*

*Night Life Entertainment*
*P.O. Box 9677*
*Warwick, RI 02889*

**Exhibit C**
**Page 2 of 4**




**Exhibit C**


“Make your
special occasion
even more
NIGHT LIFE
ENTERTAINMENT
Mark Bedrossian
Night Life Entertainment
P.O. Box 9677
Warwick, RI 02889