**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| DANIEL E. FERREIRA<br>d/b/a THE MEADOW-LARKS,<br>Plaintiff | : | |
| v. | : | C.A. No. 07-197S |
| NIGHT LIFE ENTERTAINMENT<br>WITH MARK BEDROSSIAN, INC.<br>and MARK BEDROSSIAN,<br>In His Individual Capacity,<br>Defendants | : | |

**ENTRY OF APPEARANCE**

The undersigned, John R. Harrington, Esq. (#7173), hereby enters his appearance for the plaintiff Daniel E. Ferreira.

Dated: May 30, 2007

DANIEL E. FERREIRA
d/b/a THE MEADOW-LARKS
By His Attorneys,

/s/ John R. Harrington____________
Thomas R. Noel, Esq. (#4239)
John R. Harrington, Esq. (#7173)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
(401) 272-7400
(401) 621-5688 (Facsimile)

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 30th day of May, 2007, I filed a true copy of this document with the United States District Court for the District of Rhode Island through the Court's Electronic Case Filing system.

/s/ John R. Harrington