**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| DANIEL E. FERREIRA d/b/a THE MEADOW-LARKS, Plaintiff | : | |
| v. | : | C.A. No.: 07-197S |
| NIGHT LIFE ENTERTAINMENT WITH MARK BEDROSSIAN, INC. and MARK BEDROSSIAN In His Individual Capacity, Defendants | : | |

**ENTRY OF APPEARANCE**

The undersigned hereby enters his appearance on behalf of the Defendants.

Night Life Entertainment
With Mark Bedrossian, Inc.
and Mark Bedrossian, in his
individual capacity
By Their Attorney,

Mitchell S. Riffkin #0176
631 Jefferson Boulevard
Warwick, RI 02886
(401) 732-6500 (phone)
(401) 732-5757 (fax)

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within to Thomas R. Noel, Esq., Noel & Gyorgy LLP, 50 South Main Street, Providence, RI 02903 on the 15th day of June 2007.

______________________________