**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| DANIEL E. FERREIRA<br>d/b/a THE MEADOW-LARKS,<br>Plaintiff<br><br>v.<br><br>NIGHT LIFE ENTERTAINMENT<br>WITH MARK BEDROSSIAN, INC.<br>and MARK BEDROSSIAN<br>In His Individual Capacity,<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No.: 07-197S |

**ANSWER OF THE DEFENDANTS NIGHT LIFE ENTERTAINMENT WITH MARK BEDROSSIAN, INC. AND MARK BEDROSSIAN, IN HIS INDIVIDUAL CAPACITY**

**Nature of Action**

1. No responsive pleading is required by the Defendants herein to Paragraph 1 of the Plaintiff's Complaint in that such is merely a recitation of the statute or statutes and/or elements of the common law under which the Plaintiff seeks relief.

**The Parties**

2. The Defendants are without sufficient information or belief to affirm or deny the allegations contained in Paragraph 2 of the Plaintiff's Complaint and as such leaves the Plaintiff to its proof.

3. Admitted.

4. Admitted.

5. Admitted as to the allegation that the Defendants are engaged in the provision of public performance and recorded music under the name "Night Life Orchestra"; however the Defendants are unable to affirm or deny the actions attributable to the Plaintiffs, as stated in Paragraph 5 of the Plaintiff's Complaint but admits that the Defendants perform and solicit bookings for shows and performs in Massachusetts, Rhode Island, and beyond.

**Jurisdiction and Venue**

6. The Defendants are without sufficient information or belief to affirm or deny the contents of Paragraph 6 of the Plaintiff's Complaint and as such leaves the Plaintiff to its proof.

7. The Defendants are without sufficient information or belief to affirm or deny the contents of Paragraph 7 of the Plaintiff's Complaint and as such leaves the Plaintiff to its proof.

8. Admitted.

**Relevant Facts**

9. The Defendants are without sufficient information or belief to affirm or deny the allegations contained in Paragraph 9 and as such leaves the Plaintiff to its proof.

10. The Defendants are without sufficient information or belief to affirm or deny the allegations contained in Paragraph 10 and as such leaves the Plaintiff to its proof.

11. The Defendants are without sufficient information or belief to affirm or deny the allegations contained in Paragraph 11 and as such leaves the Plaintiff to its proof.

12. The Defendants are without sufficient information or belief to affirm or deny the allegations contained in Paragraph 12 and as such leaves the Plaintiff to its proof.

13. The Defendants are without sufficient information or belief to affirm or deny the allegations contained in Paragraph 13 and as such leaves the Plaintiff to its proof.

14. The Defendants are without sufficient information or belief to affirm or deny the allegations contained in Paragraph 14 and as such leaves the Plaintiff to its proof.

**Defendant's Infringement**

15. The Defendants are without sufficient information or belief to affirm or deny the allegations contained in Paragraph 15 and as such leaves the Plaintiff to its proof.

16. The Defendants are without sufficient information or belief to affirm or deny the allegations contained in Paragraph 16 and as such leaves the Plaintiff to its proof.

17. The Defendants are without sufficient information or belief to affirm or deny the allegations contained in Paragraph 17 and as such leaves the Plaintiff to its proof.

18. The Defendants are without sufficient information or belief to affirm or deny the allegations contained in Paragraph 18 and as such leaves the Plaintiff to its proof.

19. The Defendants are without sufficient information or belief to affirm or deny the allegations contained in Paragraph 19 and as such leaves the Plaintiff to its proof.

20. The Defendants are without sufficient information or belief to affirm or deny the allegations contained in Paragraph 20 and as such leaves the Plaintiff to its proof.

21. The Defendants are without sufficient information or belief to affirm or deny the allegations contained in Paragraph 21 and as such leaves the Plaintiff to its proof.

22. The Defendants are without sufficient information or belief to affirm or deny the allegations contained in Paragraph 22 and as such leaves the Plaintiff to its proof.

## COUNT ONE
## COPYRIGHT INFRINGEMENT

23. Defendants repeat and re-allege each and every defense previously set forth herein as though fully set forth herein.

24. Defendants are without sufficient information or belief to affirm or deny the allegations contained in Paragraph 24 and as such leaves the Plaintiff to its proof.

25. Defendants are without sufficient information or belief to affirm or deny the allegations contained in Paragraph 25 and as such leaves the Plaintiff to its proof.

26. Defendants are without sufficient information or belief to affirm or deny the allegations contained in Paragraph 26 and as such leaves the Plaintiff to its proof.

27. Defendants are without sufficient information or belief to affirm or deny the allegations contained in Paragraph 27 and as such leaves the Plaintiff to its proof.

28. Defendants are without sufficient information or belief to affirm or deny the allegations contained in Paragraph 28 and as such leaves the Plaintiff to its proof.

29. Defendants are without sufficient information or belief to affirm or deny the allegations contained in Paragraph 29 and as such leaves the Plaintiff to its proof.

30. Defendants are without sufficient information or belief to affirm or deny the allegations contained in Paragraph 30 and as such leaves the Plaintiff to its proof.

31. Defendants are without sufficient information or belief to affirm or deny the allegations contained in Paragraph 31 and as such leaves the Plaintiff to its proof.

32. Defendants are without sufficient information or belief to affirm or deny the allegations contained in Paragraph 32 and as such leaves the Plaintiff to its proof.

33. Defendants are without sufficient information or belief to affirm or deny the allegations contained in Paragraph 33 and as such leaves the Plaintiff to its proof.

## COUNT TWO
## TRADEMARK INFRINGEMENT AND FALSE DESIGNATION OF ORIGIN

34. Defendants repeat and re-allege each and every defense previously set forth herein as though fully set forth herein.

35. Defendants are without sufficient information or belief to affirm or deny the allegations contained in Paragraph 35 and as such leaves the Plaintiff to its proof.

36. Defendants are without sufficient information or belief to affirm or deny the allegations contained in Paragraph 36 and as such leaves the Plaintiff to its proof.

37. Defendants are without sufficient information or belief to affirm or deny the allegations contained in Paragraph 37 and as such leaves the Plaintiff to its proof.

## COUNT THREE
## TRADE DRESS INFRINGEMENT

38. Defendants repeat and re-allege each and every defense previously set forth herein as though fully set forth herein.

39. Defendants are without sufficient information or belief to affirm or deny the allegations contained in Paragraph 39 and as such leaves the Plaintiff to its proof.

40. Defendants are without sufficient information or belief to affirm or deny the allegations contained in Paragraph 40 and as such leaves the Plaintiff to its proof.

**COUNT FOUR**
**UNFAIR CFOMPETITION**
**VIOLATION OF MASSACHUSETTS CHAPTER 93A**

41. Defendants repeat and re-allege each and every defense previously set forth herein as though fully set forth herein.

42. Defendants are without sufficient information or belief to affirm or deny the allegations contained in Paragraph 42 and as such leaves the Plaintiff to its proof.

43. Admitted.

44. Defendants are without sufficient information or belief to affirm or deny the allegations contained in Paragraph 44 and as such leaves the Plaintiff to its proof.

45. Defendants are without sufficient information or belief to affirm or deny the allegations contained in Paragraph 45 and as such leaves the Plaintiff to its proof.

46. Defendants are without sufficient information or belief to affirm or deny the allegations contained in Paragraph 46 and as such leaves the Plaintiff to its proof.

47. Defendants are without sufficient information or belief to affirm or deny the allegations contained in Paragraph 47 and as such leaves the Plaintiff to its proof.

**COUNT FIVE**
**COMMON LAW UNFAIR COMPETITION**

48. Defendants repeat and re-allege each and every defense previously set forth herein as though fully set forth herein.

49. Defendants are without sufficient information or belief to affirm or deny the allegations contained in Paragraph 49 and as such leaves the Plaintiff to its proof.

50. Defendants are without sufficient information or belief to affirm or deny the allegations contained in Paragraph 50 and as such leaves the Plaintiff to its proof.

**PRAYER FOR RELIEF**

**WHEREFORE**, the Defendants pray that the Plaintiff's Complaint be denied and dismissed and that the specifically articulated prayers for relief be likewise denied and

dismissed and that judgment enter for the Defendants and for their costs.

Night Life Entertainment
With Mark Bedrossian, Inc.
and Mark Bedrossian, in his
individual capacity
By Their Attorney,

Mitchell S. Riffkin #0176
681 Jefferson Boulevard
Warwick, RI 02886
(401) 732-6500 (phone)
(401) 732-5757 (fax)

DATED: June 14, 2007

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within to Thomas R. Noel, Esq., Noel & Gyorgy LLP, 50 South Main Street, Providence, RI 02903 on the 15th day of June 2007.