UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Daniel E. Ferreira<br>d/b/a The Meadow-Larks,<br>Plaintiff, | ) | |
| v. | ) | CA No. 07-197 |
| Night Life Entertainment<br>With Mark Bedrossian, Inc.<br>And Mark Bedrossian,<br>Defendants. | ) | |

**PRETRIAL ORDER**

(Civil Case)

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that:

1. Fact Discovery. All factual discovery will be STAYED for sixty (60) days during which time settlement discussions shall continue. A status conference shall be scheduled for September 13, 2007.

By Order

/s/ Doreen Baldinelli
Deputy Clerk

ENTER:

/s/ William E. Smith
William E. Smith
United States District Judge
Date: July 13, 2007