UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DANIEL E. FERREIRA. | : | |
| | : | |
| vs. | : | C.A. NO. 07-197S |
| | : | |
| | : | |
| NIGHT LITE ENTERTAINMENT WITH MARK BEDROSSIAN, INC., et al. | : | |

**ENTRY OF APPEARANCE**

I hereby enter my appearance as counsel in the above matter on behalf of the Defendants

/s/ Barry J. Kusinitz
Barry J. Kusinitz, Esq. (#1404)
155 South Main Street, Suite 405
Providence, RI 02903
Tel: 401.831.4200
Fax: 401.831.7053
E-Mail: bkusinitz@bdglawyers.com

DATED: July 23, 2007

**Certification**

I hereby certify that on the 23rd day of July, 2007, a true and accurate copy of the within was e-mailed with the Court and as a result the following will be noticed electronically: Thomas R. Noel, Esq., Noel & Gyorgy, LLP, 50 South Main Street, Providence, RI 02903, and Mitchell S. Riffkin, Esq., 631 Jefferson Blvd., Warwick, RI 02886.

/s/ BarryJ. Kusinitz