**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| DANIEL E. FERREIRA<br>d/b/a THE MEADOW-LARKS,<br>Plaintiff | : | |
| v. | : | C.A. No.: 07-197S |
| NIGHT LIFE ENTERTAINMENT<br>WITH MARK BEDROSSIAN, INC.<br>and MARK BEDROSSIAN<br>In His Individual Capacity,<br>Defendants | : | |

**WITHDRAWAL OF APPEARANCE**

The Defendant having retained counsel to wit: Barry J. Kusinitz and having filed his Entry of Appearance, the undersigned hereby withdraws his appearance on behalf of all Defendants.

Night Life Entertainment
With Mark Bedrossian, Inc.
and Mark Bedrossian, in his
individual capacity
By Their Attorney,

Mitchell S. Riffkin #0176
631 Jefferson Boulevard
Warwick, RI 02886
(401) 732-6500 (phone)
(401) 732-5757 (fax)

**CERTIFICATION**

I hereby certify that I faxed a true copy of the within to Thomas R. Noel, Esq., Noel & Gyorgy LLP, 50 South Main Street, Providence, RI 02903 and Barry J. Kusinitz, Esq., 155 South Main Street, Providence, RI 02903 on the 24th day of July 2007.