**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| DANIEL E. FERREIRA<br>d/b/a THE MEADOW-LARKS,<br>Plaintiff | : | |
| v. | : | C.A. No. 07-197 S |
| NIGHT LIFE ENTERTAINMENT<br>WITH MARK BEDROSSIAN, INC.<br>and MARK BEDROSSIAN,<br>In His Individual Capacity,<br>Defendants | : | |

**CONSENT JUDGMENT AND PERMANENT INJUNCTION**

The parties to this action do hereby consent to the entry of the following mandates and restrictions on defendants Night Life Entertainment With Mark Bedrossian, Inc. ("Night Life") and Mark Bedrossian, individually ("Bedrossian"):

1. Judgment is hereby entered in favor of the plaintiff, Daniel E. Ferreira d/b/a The Meadow-Larks against both defendants, Night Life Entertainment With Mark Bedrossian, Inc. and Mark Bedrossian in his individual capacity, on Counts One through Five of the Complaint;

2. The Judgment is to be satisfied pursuant to the terms of a separate Settlement Agreement entered by the parties on or about this date;

3. Night Life and Bedrossian are and shall be permanently enjoined and restrained from manufacturing, producing, having copied or replicated, displaying, or distributing or disseminating in any way the work identified in the Complaint as the Night Life CD Holder, depicted below:










or any other work that is derivative of, similar to, contains any of the graphic features, elements, or trade dress, or would be likely to cause confusion with the Night Life CD Holder, the Meadow-Larks CD Holder as defined in the Complaint, or the subject matter covered by United States Copyright Reg. No. VA 1-197-948, dated March 7, 2003;

4. All rights of appeal are hereby waived; and

5. This Court retains jurisdiction over the parties and over the subject matter of this litigation and the conclusion and settlement thereof for purposes of enforcement, modification, or damages alleged due to breach of this *Consent Judgment and Permanent Injunction* or of the separate *Settlement Agreement* between the parties.

NIGHT LIFE ENTERTAINMENT WITH
MARK BEDROSSIAN, INC.
and MARK BEDROSSIAN, In His
Individual Capacity

Barry J. Kusinitz, Esq.
155 South Main Street
Suite 405
Providence, RI 02903

Date: 12-6-07

**Enter**
**Date:** 12/11/07

**Ordered**

PRESENTED BY:

DANIEL E. FERREIRA
d/b/a THE MEADOW-LARKS
By Their Counsel,

December 6, 2007
Thomas R. Noel, Esq. (#4239)
John R. Harrington, Esq. (#7173)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
(401) 272-7400